IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY E. BRADLEY,

      Appellant,

v.
                              Case No.  5D21-2899
                              LT Case No. 2009-CF-002880-AX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 12, 2022

3.800 Appeal from the Circuit Court
for Lake County,
Larry Metz, Judge.

Timothy E. Bradley, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Kaylee D. Tatman, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and TRAVER, JJ., concur.